UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PERRUZZI, JEREMIAH SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAMPBELL SOUP COMPANY, and SNYDER'S-LANCE, INC.,<br><br>*Defendants*. | Civil Action No.: 1:24-cv-11204-WGY |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants The Campbell's Company[1] and Snyder's-Lance, Inc., by and through their undersigned counsel, hereby submit the following amended corporate disclosure statement:

The Campbell's Company is publicly traded on the Nasdaq Global Market (CPB). The Campbell's Company has no corporate parent, and no public corporation owns ten percent or more of its stock.

Snyder's-Lance, Inc. is an indirect, wholly owned subsidiary of The Campbell's Company.

Respectfully submitted,

**THE CAMPBELL'S COMPANY & SNYDER'S-LANCE, INC.**

By their attorneys,

*/s/ Joshua M. Adler*
Sari M. Alamuddin*
Eric M. Makinen*

---

[1] On November 19, 2024, Campbell Soup Company changed its name to "The Campbell's Company."

**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive, Suite 2800
Chicago, IL  60606
Tel. (312) 324-1000
sari.alamuddin@morganlewis.com
eric.makinen@morganlewis.com

Joshua M. Adler, BBO# 706905
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110
Tel. (617) 341-7700
joshua.adler@morganlewis.com

*Admitted *pro hac vice*

Dated:  November 25, 2024

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 25, 2024.

                 */s/ Joshua M. Adler*
                 Joshua M. Adler